IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENE RODRIGUEZ, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : No. 5:15-CV-02203-JLS |
| | : |
| FIVE BROTHERS, INC., | : JURY TRIAL DEMANDED |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL, WITHOUT PREJUDICE

AND NOW, it is on this 11th day of September, 2015 hereby **STIPULATED** and **AGREED** between all parties that Plaintiff's Complaint, filed on April 24, 2015 ~~shall be~~ **is** dismissed, without prejudice.

**THE LAW OFFICES OF MICHAEL T. VAN DER VEEN**

BY: _____
John O. Wilson, Esquire
Attorney for Plaintiff

**WILSON, ELSER, MOSKOWTIZ, EDELMAN & DICKER LLP**

BY: _____
Jonathan Dryer
Attorney for Defendant

BY THE COURT:

_____
THE HONORABLE JEFFREY L. SCHMEHL